INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

FILED
FEB 0 2 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

1:23-cv- 0213 TWP-TAB

Jean T. Ammons Harris

Case No. _____
*(to be filled in by the Clerk's Office)*

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: (check one) ☐ Yes ☒ No

#"ICRC: EMhn 22050254
EEOC"#": 24F-2022-00778 (5/23/2022)
49D04-2206-CT-21543
1:22-CV-1900-SEB-MG
1:22-CV-00722-RLY-MJD
1:22-CV-00733-RLY-MJD

-v-

Purdue University, The State, The BMV and Seth

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Failure to Yield, Invasion of Privacy, Arbitration of Criminal Action_

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:
   The plaintiff, *(name)* _Jean T. Ammons Harris_, is a citizen of the State of *(name)* _Indiana_, OR is a citizen of *(foreign nation)* _Asia by way of the Bering Straight_

   b. If the plaintiff is a (corporation,) partnership, or (other entity:)
   The plaintiff, *(name)* _Jean T. Ammons Harris_, is incorporated under the laws of the State of *(name)* _Indiana/DC_, and has its principal place of business in the State of *(name)* _The District of Columbia_

   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:
   The defendant, *(name)* Seth, is a citizen of the State of *(name)* Indiana, OR is a citizen of *(foreign nation)* Welcomed States (?).

   b. If the defendant is a corporation, partnership, or other entity:
   The defendant, *(name)* Seth, is incorporated under the laws of the State of *(name)* (N/A), and has its principal place of business in the State of *(name)* (N/A).
   Or is incorporated under the laws of *(foreign nation)* (N/A), and has its principal place of business in *(name)* (N/A).

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   $20 million × time/distance. For the anger I get, as a human, I experience state.

II. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jean T. Ammons Harris
   Street Address: 5651 Rawles Avenue
   City and County: Indianapolis, IN 46219 (Marion)
   State and Zip Code: Indiada 46219
   Telephone Number: 317 864 4057
   E-mail Address: jeanthomas2011@outlook.com

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Jean T. Ammons Harris
- Job or Title *(if known)*: Founder/Ops Manager
- Street Address: 5651 Rawles Avenue
- City and County: Indiapolis's Marion County
- State and Zip Code: Indiana 46219
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Indiana BMV's ("West Lafayette")
- Job or Title *(if known)*: Pres. of Purdue University 610 Purdue Mall
- Street Address: West Lafayette, IN 47906
- City and County:
- State and Zip Code: Indiana 47906
- Telephone Number: 765-494-4600
- E-mail Address *(if known)*: gradinfo@purdue.edu
  facontact@purdue.edu

Defendant No. 3
- Name: The States United (USA)
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

If I had to file a claim for it being anything intolerable or invasive my right of way privacy was more prevailent. I have a better mind to put a charge for homicide but I just need a car. With as much time as I have in town, I really don't want to squabble or argue! Amongst having a contract deleted, my employment priviledges are played with.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

He said he had Geico, so how I'm sure he might not, I apologize for having bills and court. Town talk lost me a position of occupation at the warehouse I operate to finance my expenditures.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/23/23

Signature of Plaintiff: *Jean J Ammons Harris*