UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEAN T. AMMONS HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00213-TWP-TAB |
| | ) |
| PURDUE UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

Date: 3/23/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JEAN T. AMMONS HARRIS
5651 Rawles Avenue
Indianapolis, IN 46219